# ATTACHMENT 1

## LIQUIDATION ANALYSIS AND STATEMENT OF VALUE OF ENCUMBERED PROPERTY:

| TYPE OF PROPERTY | FAIR MARKET VALUE | LIENS | DEBTOR'S SHARE OF EQUITY | EXEMPT AMOUNT | NON-EXEMPT AMOUNT |
|---|---|---|---|---|---|
| PERSONAL RESIDENCE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| REAL ESTATE OTHER THAN PERSONAL RESIDENCE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| HHG/PERSONAL EFFECTS (total) | 4,650.00 | 0.00 | 4,650.00 | 4,650.00 | 0.00 |
| JEWELRY | | | | | |
| Jewelry | 1,000.00 | 0.00 | 1,000.00 | 1,000.00 | 0.00 |
| JEWELRY (total) | 1,000.00 | 0.00 | 1,000.00 | 1,000.00 | 0.00 |
| CASH/BANK ACCOUNTS | 256.00 | 0.00 | 256.00 | 256.00 | 0.00 |
| VEHICLES | | | | | |
| 2011 Ford Taurus | 7,500.00 | 9,457.00 | 0.00 | 0.00 | 0.00 |
| 2015 Ford Fusion | 10,000.00 | 17,000.00 | 0.00 | 0.00 | 0.00 |
| VEHICLES (total) | 17,500.00 | 26,457.00 | 0.00 | 0.00 | 0.00 |
| OTHER (*itemize*) | | | | | |
| 401(k): Fidelity Investments | 7,655.73 | 0.00 | 7,655.73 | 7,655.73 | 0.00 |
| Security deposit: Princeton Square | 700.00 | 0.00 | 700.00 | 700.00 | 0.00 |
| Term Life Through Employer Beneficiary: spouse | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 |
| Garnished funds | 404.35 | 0.00 | 404.35 | 404.35 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| **OTHER (total)** | 8,761.08 | 0.00 | 8,761.08 | 8,761.08 | 0.00 |

Amount available upon liquidation ........................................................ $     **0.00**

Less administrative expenses and costs ................................................ $     **0.00**

Less priority claims ............................................................................. $     **22,500.00**

Amount Available in Chapter 7 ........................................................... $     **0.00**

CHAPTER 13 MODEL WORKSHEET
LOCAL BANKRUPTCY RULE 3015-1(B)(2) E.D.M

1. Proposed length of Plan: __**60**__ months

2. Initial Plan Payment:
$**709.72** per month x **60** months = $**42,583.20** (subtotal)

3. Additional Payments: $_____ per=$(subtotal)

4. Lump sums payments ............................................................................. $0.00

5. Total to be paid into Plan (total of lines 2 through 4) ............................. $42,583.20

6. Estimated disbursements other than to Class 9 General Unsecured Creditors

   a. Estimated Trustee Fees — $3,871.20

   b. Estimated Attorney Fees and costs through confirmation of plan — $4,000.00

   c. Estimated Attorney Fees and costs post-confirmation through duration of Plan — $3,500.00

   d. Estimated fees of other Professionals — $0.00

   e. Total mortgage and other continuing secured debt payments — $0.00

   f. Total non-continuing secured debt payments (including interest) — $0.00

   g. Total priority claims — $22,500.00

   h. Total arrearage claims — $0.00

7. Total disbursements other than to Class 9 General Unsecured Creditors (Total of lines 6.a through 6.h) — $ 33,871.20

8. Funds *estimated* to be available for Class 9 General Unsecured Creditors (Line 5 minus Line 7) — $ 8,712.00

9. Estimated dividend to Class 9 General Unsecured Creditors in Chapter 7 proceeding (see Liquidation Analysis on page 6) — $ 0.00

COMMENTS: