

**13Network**

Enter Case Number, Name, Social Security Number, or @1st Address Line: [_____] [Go]

FREGO & ASSOCIATES, PLC  **Case Query**                                    LogOut Now

**PROFILE | PARTIES | PAY SCHEDS | PAYEES | FINANCIALS | PLAN CALC 1 |**

Recently Accessed Cases | 18-56402-LSG DERRICK G RHYNES

| 18-56402-LSG | DERRICK G RHYNES (xxx-xx-1394) 13110 PRINCETON ST • APT 6 • TAYLOR • MI • 48180 | $190.05 WK/ | Bar Date(s): | 2/14/2019 (has passed) 6/4/2019 |
|---|---|---|---|---|
| | BRITTNEY RHYNES (xxx-xx-1679) 13110 PRINCETON ST • APT 6 • TAYLOR • MI • 48180 | | Confirmed: | 8/3/2019 |
| Print Inquiry | Trustee: Krispen S. Carroll | Attorney: FREGO AND ASSOCIATES | Case Status: | OPEN/ACTIVE |

<span style="color:red">The data on these pages has not been audited and is provided for general information only.</span>

**24 Month(s) since Confirmation  UP = $0.00   TPI = $21,912.82   TPILR = $21,912.82   BOH = $121.43  BOH+FEES = $130.57**

| Line | Name | Claimed Amount | Mortgage Due | Coll / Value | Interest Rate | Monthly Payment | To Be Paid | Mo |
|---|---|---|---|---|---|---|---|---|
| | **ATTORNEY FEE** | | | | | | | |
| 1 | FREGO AND ASSOCIATES | $7,122.13 | | | | | | |
| 2 | ADDED CREDITOR | $3,000.00 | | $3,000.00 | | | $3,000.00 | |
| | **OTHER ATTORNEY FEES** | | | | | | | |
| 3 | ADDED CREDITOR | | | | | | | |
| | **FORMER ATTORNEY** | | | | | | | |
| 4 | ADDED CREDITOR | | | | | | | |
| | **OTHER PROFESSIONAL FEES** | | | | | | | |
| 5 | ADDED CREDITOR | | | | | | | |
| | **DEBTOR REFUND** | | | | | | | |
| 6 | DERRICK G RHYNES | | | | | | | |
| | **ARREARAGE - MORTGAGE/LAND CONTRACT** | | | | | | | |
| 7 | ADDED CREDITOR | | | | | | | |
| | **ARREARAGE - VEHICLE** | | | | | | | |
| 8 | ADDED CREDITOR | | | | | | | |
| | **ARREARAGE - OTHER** | | | | | | | |
| 9 | ADDED CREDITOR | | | | | | | |
| | **CONT'G DEBT (USE IN PLAN CALC)** | | | | | | | |
| 10 | ADDED CREDITOR | | | | | | | |
| 11 | ADDED CREDITOR | | | | | | | |
| | **CURR MTG** | | | | | | | |
| 12 | ADDED CREDITOR | | | | | | | |
| 13 | ADDED CREDITOR | | | | | | | |
| | **EXEC CONTRACT - VEHICLE** | | | | | | | |
| 14 | ADDED CREDITOR | | | | | | | |
| | **EXEC CONTRACT - NON-VEHICLE** | | | | | | | |
| 15 | ADDED CREDITOR | | | | | | | |
| | **POST-PET/PRE-CONF MTG PYMTS** | | | | | | | |
| 16 | ADDED CREDITOR | | | | | | | |
| 17 | ADDED CREDITOR | | | | | | | |
| | **PRIORITY** | | | | | | | |
| 18 | INTERNAL REVENUE SERVICE | $4,644.77 | | | | | | |
| 19 | STATE OF MICHIGAN CD | $5,023.51 | | | | | | |
| 20 | ADDED CREDITOR | | | | | | | |
| 21 | ADDED CREDITOR | | | | | | | |
| | **DSO CREDITOR - ARREARAGE** | | | | | | | |
| 22 | ADDED CREDITOR | | | | | | | |
| 23 | ADDED CREDITOR | | | | | | | |
| | **DSO CREDITOR - CONTINUING** | | | | | | | |
| 24 | ADDED CREDITOR | | | | | | | |
| 25 | ADDED CREDITOR | | | | | | | |
| | **PROP TAX** | | | | | | | |

Change Line# [0] [OK]   Plan Terms [36] [Calc]   Unsecured % [0] [Calc]

Due to Creditors:  $0.00  $3,225.81
In from Debtor:  $822.92  $29,647.80

[Restart]

Trustee's % [7]
Lump Sum $ [0.00]
Delete Line [0] [OK]

**Debtor 1 Pay Schedules**

| Who's Paying | Amount | Schedule | Upd | Calc |
|---|---|---|---|---|
| PENSKE LOGISTIC ▼ | $190.05 | WEEKLY ▼ | $ | ? |
| DERRICK G RHYNE ▼ | $0.00 | MONTHLY ▼ | $ | ? |

**Debtor 2 Pay Schedules**

| Who's Paying | Amount | Schedule | Upd | C |
|---|---|---|---|---|
| BRITTNEY RHYNES ▼ | $0.00 | MONTHLY ▼ | $ | |

13Network                 **Your Chapter 13 Information Management System**                ©2021 BSS LLC.